IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Case No.: 14-cv-8772 ) |
| v. | ) Honorable Judge James B. Zagel ) Magistrate Judge Young B. Kim |
| STARION ENERGY PA, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's claims against Defendants with prejudice, with each party to bear its own costs. Plaintiff's claims on behalf of a putative class are hereby dismissed without prejudice. This stipulation of dismissal disposes of this entire action.


*/s/Francis R. Greene*
Counsel for Plaintiff
Daniel A. Edelman
Francis R. Greene
Edelman, Combs, Latturner & Goodwin LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

*/s/Paul Gamboa*
Counsel for Defendants
Gordon & Rees LLP
One North Franklin,
Suite 800
Chicago, IL 60606

*/s/Peter G. Siachos*
Counsel for Defendants
Gordon & Rees LLP
18 Columbia Turnpike
Suite 220
Florham Park, NJ 07932

**CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on January 25, 2016, I caused to be filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

Paul Gamboa (pgamboa@gordonrees.com)
Gordon & Rees LLP
One North Franklin, Suite 800
Chicago, IL 60606

Peter G. Siachos (psiachos@gordonrees.com)
Gordon & Rees LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932

                 s/ Francis R. Greene
                 Francis R. Greene